JOSEPH S. WHEELWRIGHT, Respondent, v. GEORGE HOEHN, Appellant.— Order permitting plaintiff to discontinue, and granting his motion for judgment on the pleadings dismissing defendant's counterclaim, reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon authority of *Hoehn* v. *Schenck* [*ante*, p. 371], decided herewith. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

ISIDORE WITKIND, Respondent, v. BERTHOLD GOLDMAN, and ROZA GOLDMAN, Appellants, and Others, Defendants.— Order granting motion to vacate notice of examination affirmed, with ten dollars costs and disbursements. Since this case will be tried in the equity branch of the court, ample opportunity will be granted the defendants to present their defense in full, if it appears to the trial court that there exists evidence of the matters concerning which the defendants seek to examine the third parties. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

MATTHEW ZEBROWSKI, an Infant, etc., by ADAM ZEBROWSKI, His Guardian ad Litem, Respondent, v. YELLOW TAXI CORPORATION, NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

AMERICAN DOCK COMPANY, Respondent, v. THE CUNARD STEAMSHIP COMPANY, LIMITED, Appellant.— Application granted.

GLEN M. BAKER, Respondent, v. SCHILZ CONSTRUCTION CO., INC., Appellant.— Application denied, with ten dollars costs.

EVELYN BEBELL, Doing Business under the Firm Name and Style of GLEN REALTY COMPANY, Respondent, v. SCHILZ CONSTRUCTION CO., INC., Appellant.— Application denied, with ten dollars costs.

MYRON BRODSKY, an Infant, by His Guardian ad Litem, MEYER BRODSKY, Appellant, v. MAX MARKMAN and MAX KUZINSOFF, Respondents. MEYER BRODSKY, Appellant, v. MAX MARKMAN and MAX KUZINSOFF, Respondents.— Applications denied, without costs.

JEAN DARRIN, Respondent, v. EDWARD M. EGAN, Appellant.— Application denied, with ten dollars costs.

WILLIAM FINKELSTEIN, Respondent, v. RES BUILDING CORPORATION, Appellant.— Application denied, with ten dollars costs.

ELEE S. SHIDYAK, Respondent, v. SAMUEL D. BARBARI, Appellant.— Application denied, with ten dollars costs.

ADELINE WHEELWRIGHT, Respondent, v. THE CITY OF NEW YORK, Appellant.— Application denied, with ten dollars costs.

CHARLES HOLT, Respondent, v. A. LENOBEL, INC., Appellant.— Application denied, with ten dollars costs.

IRVING KLEIN, Respondent, v. WALTER W. HOCK, Appellant.— Application denied, with ten dollars costs.